# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS  
CLERK OF COURT

CIVIL SECTION  
404-215-1655

December 7, 2005

Ethel L. Munson  
Office of Ethel L. Munson  
127 Peachtree Street, N.E.  
1541 The Candler Building  
Atlanta, GA 30303

RE: *Thompson v. Pharmacy Corp. of Am, et al*  
Civil Action No. 1:98-cv-407-WBH

Dear Ms. Munson:

Pursuant to Local Rule 79.1D(2), you are hereby notified that the documentary evidence and/or exhibits in the above styled case will be disposed of if you have not recovered same within 30 days.

Please date and sign a copy of this letter to acknowledge receipt, specifying how the exhibits should be handled, and return the copy of this letter to this office.

Sincerely,

Luther D. Thomas  
Clerk of Court

By: s/Anthony Ricciardi  
Deputy Clerk

Receipt of the above letter is hereby acknowledged.

___ Exhibits will be picked up no later than _____ (date).

___ Exhibits may be destroyed.

Note: If someone other than the attorney of record will be coming to the Courthouse to pick up exhibits, a letter of authorization from the attorney of record will be needed.

EXHIBITS RECEIVED BY: _[signature]_

THIS ___ DAY OF _____, 20 06